# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JAMES RYAN BOND,**

      **Plaintiff,**

                                           **Case No. 2:17-cv-1003**
                                         **Magistrate Judge Kimberly A. Jolson**

      **v.**                                        **CHIEF JUDGE EDMUND A. SARGUS, JR.**

**CHILLICOTHE CORRECTIONAL
INSTITUTION, et al.,**

      **Defendants.**


## ORDER

On August 7, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for failure to prosecute after Plaintiff failed to resubmit service documents so that service could be perfected by the United States Marshals Service.  (ECF No. 13.)  Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.  Accordingly, the *Report and Recommendation* is **ADOPTED** and **AFFIFMED**.  This action is **DISMISSED** without prejudice for failure to prosecute.

      **IT IS SO ORDERED.**

_____8 -31 -2018_____  
**DATE**

                                       **EDMUND A. SARGUS, JR.**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**